HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
ERIN SNIDER, OR Bar #116342
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
RACHEAL A. WILLIER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:14-mj-00215-SAB |
| Plaintiff, | |
| vs. | **ORDER RELEASING TRAVEL DOCUMENT** |
| RACHEAL A. WILLIER, | |
| Defendant. | |

On December 12, 2014, Defendant Racheal A. Willier surrendered a travel document, specifically, Certificate of Indian Status Card No. 4500260801, to the Clerk of Court pursuant to the Court's Order Setting Conditions of Release. On January 29, 2015, Ms. Willier pled guilty to Count One of the Complaint and was sentenced by this Court. Accordingly, because the matter has now been resolved, the Clerk of Court is directed to return the travel document to Ms. Willier.

IT IS SO ORDERED.

Dated: __January 29, 2015__

_____
UNITED STATES MAGISTRATE JUDGE

-1-