HEATHER E. WILLIAMS, SBN #122664
Federal Defender
ERIN SNIDER, OR SBN #116342
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
RACHEAL A. WILLIER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> RACHEAL A. WILLIER, <br><br> Defendant. | Case No. 1:14-mj-00215-SAB <br><br> STIPULATION TO RELEASE AND DISTRIBUTE SEIZED PROPERTY; ORDER <br><br> Date:  January 29, 2015 <br> Time:  10:00 a.m. <br> Judge: Hon. Stanley A. Boone |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, Special Assistant United States Attorney Bayleigh J. Pettigrew, counsel for the plaintiff, Assistant Federal Defender Erin Snider, counsel for defendant Racheal A. Willier, and Curtis Sok, counsel for defendant Ommar Bribiesca (Case No. 1:14-mj-00214-SAB), that all non-contraband property seized on November 30, 2014, shall be released following the resolution of Ms. Willer's and Mr. Bribiesca's cases. The parties agree that the items listed below are not contraband and are not needed for evidentiary purposes following the resolution of the cases.

Ms. Willier and Mr. Bribiesca agree that the following property belongs to Ms. Willier and shall be released to her following her change-of-plea and sentencing hearing on January 29, 2015: $1,000.00 in cash, the Lexar 16 GB USB Storage Device, the Ultra Speed 2 GB USB Storage Device, the Lexar Platinum II 64 GB SDXC Card, and the white Apple MacBook with case and charger. Ms. Willier and Mr. Bribiesca agree that the following property belongs to Mr.

Bribiesca and shall be released to him following his change-of-plea and sentencing hearing on January 29, 2015: $5,155.00 in cash, the green Fujifilm QuickSnap disposable camera (Lot Number 1A4F0202), the green and black Fujifilm disposable camera (Lot Number 1C4G290127), and the black and white "Wphoto" disposable camera (Lot Number 1C4G070127).

                                 Respectfully submitted,

                                 BENJAMIN B. WAGNER
                                 United States Attorney

Date: January 27, 2015              */s/ Bayleigh J. Pettigrew*
                                 BAYLEIGH J. PETTIGREW
                                 Special Assistant United States Attorney
                                 Attorney for Plaintiff

                                 HEATHER E. WILLIAMS
                                 Federal Defender

Date: January 27, 2015              */s/ Erin Snider*
                                 ERIN SNIDER
                                 Assistant Federal Defender
                                 Attorney for Defendant
                                 RACHEAL A. WILLIER

Date: January 27, 2015              */s/ Curtis Sok*
                                 CURTIS SOK
                                 Attorney for Defendant
                                 OMMAR BRIBIESCA

**O R D E R**

     **IT IS SO ORDERED.**  All non-contraband property seized on November 30, 2014, shall be released and distributed as set forth above.

IT IS SO ORDERED.

Dated:  **January 29, 2015**                                  
                                                      UNITED STATES MAGISTRATE JUDGE