# IN THE UNITED STATES DISTRICT COURT
## For The
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 1:14-mj-0215-SAB |
| ) | |
| Plaintiff, ) | **DEFENDANT'S STATUS REPORT ON** |
| v. ) | **UNSUPERVISED PROBATION** |
| ) | |
| RACHEAL WILLIER, ) | |
| ) | |
| Defendant. ) | |
| ) | |

PURSUANT to an order of this Court the Defendant hereby submits his status report on unsupervised probation:

**Convicted of:** Possession of a Controlled Substance, in violation of 36 CFR 2.35(b)(2)

**Sentence Date:** January 29, 2015

**Review Hearing Date:** November 5, 2015

**Probation Expires On:** January 29, 2016

## CONDITIONS OF UNSUPERVISED PROBATION:

☒ **Obey all federal, state and local laws**; and

☒ **Monetary Fines & Penalties in Total Amount of:** $1,010.00

☒ Payment schedule: $100/month

☒ Community Service hours Imposed of: 25 hours by June 29, 2015

☐ Other Conditions:

## COMPLIANCE:

☐ Defendant has complied with and completed <u>all</u> conditions of probation described above.

**Otherwise:**

☒ Defendant has not been arrested, cited or charged with any federal, state or local criminal offenses since being placed on probation by this Court.

☒ To date, Defendant has paid a total of $600.00
  ☒ If not paid in full when was last time payment: Defendant has made payments of $100/month as ordered, and made her final payment in October 2015, believing that she had satisfied the remainder of her fine.

The Clerk's office payment report indicates that no payments have been received since July 2015. Upon inquiry with the Clerk's office, Counsel for Defendant was made aware that <u>payment by money order was received from Defendant in August, September, and October</u>, but that the money orders were <u>sent back due to a policy in the Clerk's office not to accept payment from a foreign bank</u> (Defendant resides in Canada). Counsel was not notified of the returned money orders before inquiring on October 27, 2015.

Defendant has not received any of the returned money orders and believed that she was in compliance regarding her fine payment. Defendant will require additional time to locate the lost money orders and attempt to

☒ To date, Defendant has performed 25 hours of community service in May of 2015.

☐ Compliance with Other Conditions of Probation:

## *GOVERNMENT POSITION:*

☒ The Government agrees to the above-described compliance – Government agrees to a continuance in order to give the defendant additional time to provide the payments to the clerk's office as it does appear that she attempted to comply with the judgment.

☐ The Government disagrees with the following area(s) of compliance:

Government Attorney: /s/*Bayleigh J. Pettigrew*

## *DEFENDANT'S REQUEST (OPTIONAL):*

In light of the information detailed in this status report, the defendant moves for the following:

☒ that the review hearing set for 11/5/2015 at 10:00 a.m.

    ☒ be continued to December 3, 2015 at 10:00 a.m.

    ☐ be vacated.

☒ In the event that the hearing is not continued, that Defendant's appearance for the review hearing be waived or permitted as a telephonic appearance, as Defendant resides in Canada and the cost of the trip back to Fresno is prohibitive.

DATED: 10/27/2015            */s/ Megan Hopkins*
                                                                DEFENDANT'S COUNSEL

## O R D E R

The Court having considered the defendant's request,

**IT IS HEREBY ORDERED** that the Defendant's request is:

☒ GRANTED. The Court orders that the Review Hearing set for November 5, 2015 at 10:00 a.m. be continued to December 3, 2015 at 10:00 a.m. At this time, the Defendant's appearance is waived but should the Court require Defendant's appearance it will be ordered.

☐ DENIED.

DATED: **Oct 28, 2015**                                          STANLEY A. BOONE
                                                        United States Magistrate Judge