IN THE UNITED STATES DISTRICT COURT
For The
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br>v.<br><br>RACHEAL WILLIER,<br><br>    Defendant. | Case No. 1:14-mj-0215-SAB<br><br>**DEFENDANT'S STATUS REPORT ON UNSUPERVISED PROBATION** |

   PURSUANT to an order of this Court the Defendant hereby submits his status report on unsupervised probation:

  **Convicted of:**    Possession of a Controlled Substance, in violation of 36 CFR 2.35(b)(2)

  **Sentence Date:**   January 29, 2015

  **Review Hearing Date:**  December 3, 2015

  **Probation Expires On:**  January 29, 2016

### CONDITIONS OF UNSUPERVISED PROBATION:

☒  **Obey all federal, state and local laws**; and

☒  **Monetary Fines & Penalties in Total Amount of:** $1,010.00

☒  Payment schedule: $100/month

☒  Community Service hours Imposed of:  25 hours by June 29, 2015

☐  Other Conditions:

### COMPLIANCE:

☒  Defendant has complied with and completed <u>all</u> conditions of probation described above.

  **Otherwise:**

☐  Defendant has not been arrested, cited or charged with any federal, state or local criminal offenses since being placed on probation by this Court.

☐  To date, Defendant has paid a total of $
   ☐ If not paid in full when was last time payment:

☐  To date, Defendant has performed  --- hours of community service

☐  Compliance with Other Conditions of Probation:

**GOVERNMENT POSITION:**

☒ The Government agrees to the above-described compliance.

☐ The Government disagrees with the following area(s) of compliance:

Government Attorney:  */s/ Bayleigh Pettigrew*

**DEFENDANT'S REQUEST (OPTIONAL):**

In light of the information detailed in this status report, the defendant moves for the following:

☒ that the review hearing set for 12/3/2015 at 10:00 a.m.

    ☐ be continued to _____ at 10:00 a.m.

    ☒ be vacated.

DATED:  11/24/2015

*/s/ Megan Hopkins*
DEFENDANT'S COUNSEL

# O R D E R

The Court having considered the defendant's request,

**IT IS HEREBY ORDERED** that the Defendant's request is:

☒ GRANTED.  The Court orders that the Review Hearing be vacated.

☐ DENIED.

IT IS SO ORDERED.

Dated:  **November 25, 2015**

UNITED STATES MAGISTRATE JUDGE